```
FILED      ____ LODGED
____ RECEIVED   ____ COPY

       SEP 2 3 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  GAYLE L. HELART
   California State Bar No. 151861
4  Email: gayle.helart@usdoj.gov
   BRETT A. DAY
5  Arizona State Bar No. 027236
   Email: brett.day@usdoj.gov
6  Assistant United States Attorneys
   Two Renaissance Square
7  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
8  Telephone: 602-514-7500
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00515-PHX-SPL (ESW) |
|---|---|
| Plaintiff, | **R E D A C T E D**<br>**I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. §§ 2252(a)(1), (b)(1), and 2256<br>(Transportation of Child Pornography)<br>Count 1 |
| Eric Shirell Montgomery, Jr., | |
| Defendant. | 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256<br>(Possession of Child Pornography)<br>Counts 2 and 3 |
| | 18 U.S.C. § 981 and 2253,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about August 15, 2016, in the District of Arizona, and elsewhere, defendant ERIC SHIRELL MONTGOMERY, JR., did knowingly transport visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions were transported to an internet

storage account. The visual depictions had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

(Hussyfan)(Pthc)(R@Ygold)(Kingpass)(Babyshivid)(Kleuterkutje) Qqaazz Pedo Man Cums on 1Yo Baby Gi.mp4

(-pthc center-)(opva)(2013) Ann and man 002 (1).mpg

(Pthc Lolifuck) Falko Blonde Sticks Dildo In 5Yo-s Ass (2011).mp4

(pthc) johanna 9yr swallows cum slct.mp4

47b222ee-db9104e8809e4708f5e7f7f9cc5.mp4

Cp Tvg 13 Bond 10-11-12Yo Childlover-truncated title.mp4

N003.mp4

Petite_brune_5_ans.mp4

Private Pae Mother (Frifam Rub Vibrator 3Yo Dau Agustina).mp4

vid 1.mp4

In violation of Title 18, United States Code, Sections 2252(a)(1), (b)(1), and 2256.

## COUNTS 2 - 3

On or about the dates below, in the District of Arizona, and elsewhere, defendant ERIC SHIRELL MONTGOMERY, JR., did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on the items listed below had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which

had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| COUNT | DATE | Item | File Name |
|---|---|---|---|
| 2 | July 15, 2019 | Dropbox account associated with email address containing words "montgomery eric41" | (Hussyfan)(Pthc)(R@Ygold)(Kingpass)(Babyshivid)(Kleuterkutje) Qqaazz Pedo Man Cums on 1Yo Baby Gi.mp4<br><br>(-pthc center-)(opva)(2013) Ann and man 002 (1).mpg<br><br>(Pthc Lolifuck) Falko Blonde Sticks Dildo In 5Yo-s Ass (2011).mp4<br><br>30e7c926-2dd8-4c83-badd-4cc112421294.mp4<br><br>47b222ee-db9104e8809e4708f5e7f7f9cc5.mp4<br><br>581f1b60-d81b-4181-b4af-2d792ed6a9d3.jpg<br><br>3187f060-3f7d-4d36-bdfd-da15cdf26b9.jpg<br><br>Cp Tvg 13 Bond 10-11-12Yo Childlover-truncated title.mp4<br><br>N003.mp4<br><br>Petite_brune_5_ans.mp4 |
| 3 | October 30, 2019 | Alcatel Cell Phone 6055U | 1024x768_bestfit_63.jpg<br><br>1024x768_bestfit_184.jpg<br><br>1024x768_bestfit_1423.jpg<br><br>large_746.jpg |
|  |  | LG Cell Phone LG-K450 | 1024x768_bestfit.jpg<br><br>1024x768_bestfit_2.jpg |

| | | | |
|---|---|---|---|
| | | | 1024x768_bestfit_3.jpg <br><br> 1024x768_bestfit_4.jpg |
| | | Dropbox account associated with email address containing words "fullbring" | 7d9e1dabaad416eeb37f9443bb48aa58.jpg |
| | | Dropbox account associated with email address containing words "otakulyfe357" | Video Sep 16, 11 50 17 AM.mp4 <br><br> Video Sep 16, 12 45 57 PM.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to cell phones listed in Counts 3 above, seized by law enforcement on October 30, 2019, containing visual depictions of minors engaging in sexually explicit conduct and child erotica and used to facilitate child pornography activities.  If any of the above-described forfeitable property,

as a result of any act or omission of the defendant:

      (1)    cannot be located upon the exercise of due diligence,

      (2)    has been transferred or sold to, or deposited with, a third party,

      (3)    has been placed beyond the jurisdiction of the court,

      (4)    has been substantially diminished in value, or

      (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

      All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/

_____
FOREPERSON OF THE GRAND JURY
Date: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
_____
GAYLE L. HELART
BRETT A. DAY
Assistant U.S. Attorneys